IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                          Criminal Action No. 4:11CR00012

JOSHUA TERRANCE CANTY

    Defendant,

## MOTION TO CONTINUE

    Comes now the defendant by counsel and moves this Court for a continuance of his trial date set at the initial appearance an says in support there of as follows:

    This case was set for trial at the initial appearance.  Counsel has had long standing plans to be out of state for the month of August.

    The defendant has signed and filed a waiver of speedy trial.

    It is counsels understanding and belief that the government does not object to a continuance.

    Both Parties and the Court have October 21, 2011 available.

    Wherefore, counsel for the defendant prays this Court continue the trial of this case until October 21, 2011 at 930 A.M.

                                REDPECTFULLY SUBMITTED
                                JOSHUA TERRANCE CANTY

                                By __s/Larry Gott_____
                                    Counsel for the Defendant

Larry Gott, Attorney at Law, P.C.
P.O. Box 1049
Chatham, VA  24531
(434) 432-8095
(434) 432-8096 fax
lgott@larrygottlaw.com
VSB No. 22567

CERTIFIRCATE OF SERVICE

       I hereby certify that on July 14, 2011, I electronically filed with the Clerk of Court the foregoing Motion to Continue using the CM/ECF system which will send notification of such filing to the following: Donald Wolthuis, Assistant US Attorney and that there are no non CM/ECF participants.

                                                                     _____s/Larry Gott_____

Larry Gott, Attorney at Law, P.C.
P.O. Box 1049
Chatham, VA  24531
(434) 432-8095
(434) 432-8096 fax
lgott@larygottlaw.com
VSB No. 22567